UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 18-7759-CBM(ASx) | Date | FEBRUARY 23, 2021 |
|---|---|---|---|
| Title | Rachel Scanlon et al v. County of Los Angeles, et al., | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert R. Powell, via telephone | Avi Burkwitz, via telephone |
| | Darren Pang, via telephone |

**Proceedings:** TELEPHONIC HEARING RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT [135]

The case is called and counsel state their appearance. The Court and counsel confer regarding the status of the case. Evidentiary objections are discussed and ruled upon.

Following discussions with the parties, the Court advises counsel that the motion is taken under submission and a written order will issue as to the motion and the objections.

IT IS SO ORDERED.

cc: all parties

**1: 18**