**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL SCANLON, *et al*,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, *et al*,<br><br>　　　Defendants. | Case No.: CV 18-7759 CBM (ASx)<br><br>**JUDGMENT** |

The jury returned its verdict on July 23, 2021, as reflected on the verdict form:

　　1.　**On Plaintiffs Steven Sawyer, Rachel Scanlon, and Genevieve's claim for Judicial Deception.** (*See* Court's Instruction No. 23, 24)
　　_____ we find in favor of Plaintiffs.
　　__X__ we find in favor of Defendant Lourdes Olarte.

Accordingly, the Court hereby orders that judgment be entered consistent with the jury verdict.

**IT IS SO ORDERED.**

DATED: August 5, 2021

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE