1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL SCANLON, *et al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, *et al*,<br><br>    Defendants. | Case No.: CV 18-7759 CBM(ASx)<br><br>**AMENDED JUDGMENT** |

The jury returned its verdict on July 23, 2021, as reflected on the verdict form:

**1.    On Plaintiffs Steven Sawyer, Rachel Scanlon, and Genevieve's claim for Judicial Deception.** (*See* Court's Instruction No. 23, 24)
_____ we find in favor of Plaintiffs.
__X__ we find in favor of Defendant Lourdes Olarte.

1

1          Defendants Marisha Harris and Angela Hashizume were dismissed during

2      the hearing on February 23, 2021.  (Dkt. 191; 2/23/21 Tr. 26:8-24.)  On July 6,

3      2021, the parties also agreed that Defendant County of Los Angeles was no longer

4      a party in this case.  (7/6/21 Tr. 57:16-58:4.)  Therefore, there was no final

5      adjudication on the merits as to those Defendants.  Accordingly, the Court hereby

6      orders that judgment be entered in favor of Defendants Lourdes Olarte and

7      Marisol Gonzalez and against Plaintiffs Steven Sawyer, Rachel Scanlon and

8      Genevieve Sawyer.

9

10

11         **IT IS SO ORDERED.**

12

13     DATED: August 12, 2021

14

15     _____
          CONSUELO B. MARSHALL

16               UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2