1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL SCANLON, *et al*, <br>     Plaintiffs, <br> vs. <br> COUNTY OF LOS ANGELES, *et al*, <br>     Defendants. | Case No.: CV 18-7759 CBM (ASx) <br><br> **SECOND AMENDED JUDGMENT** |

Based upon the jury verdict in favor of Defendants Lourdes Olarte and Marisol Gonzalez on July 23, 2021, and based upon the Court's previous granting of Defendants' motion for summary judgment (Dkt. 191), on May 21, 2021:

IT IS ORDERED AND ADJUDGED AND DECREED that Plaintiffs, Steven Sawyer, Rachel Scanlon, K.X. and G.X., take nothing from Defendants County of Los Angeles, Lourdes Olarte, and Marisol Gonzalez, and that said Defendants are the prevailing parties in the action.

///

///

///

///

1

1       Judgment is hereby entered in favor of Defendants County of Los Angeles,
2   Lourdes Olarte and Marisol Gonzalez and against Plaintiffs Steven Sawyer,
3   Rachel Scanlon, K.X. and G.X. pursuant to Fed. R. Civ. P. 54, 58.

5   **IT IS SO ORDERED.**

7   DATED: September 8, 2021

                                        CONSUELO B. MARSHALL
                                        UNITED STATES DISTRICT JUDGE