JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL SCANLON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, *et al.*, <br><br> Defendants. | CASE NO.: 2:18-CV-07759-CBM (ASx) <br> Hon. Consuelo B. Marshall (Dist. Judge) <br> Hon. Alka Sagar (Mag. Judge) <br><br> **ORDER OF DISMISSAL** <br><br> Complaint Filed: Sept. 6, 2018 <br> FAC Filed:    March 5, 2019 |

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 13, 2025

                                              HON. CONSUELO B. MARSHALL
                                              UNITED STATES DISTRICT JUDGE